IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00129-BNB

KEITH LEROY STEELE,

Plaintiff,

v.

ARISTEDES ZAVARAS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 3 2008

GREGORY C. LANGHAM
                    CLERK

## ORDER OF DISMISSAL

Plaintiff Keith Leroy Steele initiated this action by filing *pro se* a Prisoner Complaint. In an order filed on January 22, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Steele to cure a deficiency if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Steele either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Steele was warned that the action would be dismissed without further notice if he failed to cure the deficiency within thirty days.

Mr. Steele has failed to cure the deficiency within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's January 22 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiency. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure the deficiency.

DATED at Denver, Colorado, this 28 day of February, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00129-BNB

Keith L. Steele
Prisoner No. 113989
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on  3/3/08 .

                                GREGORY C. LANGHAM, CLERK

                                By: *Angie*
                                         Deputy Clerk